# EXHIBIT 1



Shell Oil Products US
Michael P. Gallagher
HSSE Regional Manager
Manufacturing Americas
One Shell Plaza Box 2463
Houston, TX  77252-2463

December 7, 2015

**CMRRR # 7010 2780 0003 1094 9531**
Chief, Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P. O. Box 7611, Ben Franklin Station
Washington, D.C.  20044-7611

**CMRRR # 7010 2780 0003 1094 9517**
US Attorney, Southern District of Texas
c/o U.S. Marshal Service
U.S. Courthouse
515 Rusk
Houston, Texas   77002

**CMRRR # 7010 2780 0003 1094 9500**
Julie O'Shaunessy, Director
Compliance and Enforcement
Northwest Clean Air Agency
1600 South Second Street
Mount Vernon, WA   98273-5202

**CMRRR # 7010 2780 0003 1094 9494**
Phillip Brooks, Director
Air Enforcement Division (2242A)
Office of Civil Enforcement
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

Re:   *United States et al* v. *Equilon Enterprises LLC,* (S.D. Tex. 2001):  Certificate of Completion with
      respect to Consent Decree Requirements

Dear Sirs/Madams:

Pursuant to Paragraph 202(a) of the above-referenced Consent Decree entered on August 21, 2001
(Doc. No. 25) (the "Equilon CD" or the "Consent Decree") (as modified in the First, Second, and Third
Addenda entered by the Court), on behalf of Shell Oil Products U.S. (fka Equilon Enterprises LLC), I am
submitting this certification that Shell has completed the specified requirements of the Equilon CD.  This
document provides notice to the United States and the Northwest Clean Air Agency (NCAA) of the State

of Washington of Shell's intention to seek termination of the Equilon CD.  To that end, Shell is providing this certification and, unless we receive written objection from any of the addressees within 120 days of receipt of this document, as provided in Paragraph 202(a), Shell will ask the Court to terminate the Equilon CD.

Pursuant to the Equilon CD, Shell assumed obligations with respect to the following four (4) refineries operated by Equilon at the time the Consent Decree was entered:  Bakersfield, California; Los Angeles, California; Martinez, California; and Puget Sound, Washington.

Shell currently owns and operates the Martinez and Puget Sound refineries. This letter provides the required certification (see amended Consent Decree paragraph 202(a)) that, with respect to the Martinez and Puget Sound refineries, Shell has:

- Paid all stipulated penalties that may be due to the United States and the Northwest Clean Air Agency (as applicable);
- Installed control technology systems as specified in the Consent Decree;
- Received all permits specified in the Consent Decree;
- Delivered to the EPA the first semi-annual progress report following the conclusion of Equilon's operation for at least one year of all units in compliance with the emission limits established in the Equilon CD, all with respect to the Martinez and Puget Sound Refineries; and
- Performed all other requirements of the Consent Decree.

At this time, Shell no longer owns the Bakersfield Refinery or the Los Angeles Refinery.  Big West purchased the Bakersfield Refinery in 2005, and the sale was memorialized in the Second Addendum to the Equilon CD, approved by the Court on January 19, 2006.  The Los Angeles Refinery was sold to Tesoro Corporation in 2007, which transaction was memorialized in the Third Addendum to the Equilon CD, approved by the Court on February 16, 2011. This letter provides the required certification under Consent Decree paragraph 202(a) (as revised by the Third Addendum) that, with respect to the Bakersfield and Los Angeles refineries, Shell has paid all stipulated penalties sought from Shell under the Equilon CD.

Please do not hesitate to contact me or Pierre Espejo (telephone 713 241-2703) if you have any questions regarding this certification.

Sincerely,

Michael P. Gallagher
Shell Manufacturing
Regional Manager HSSE Americas

cc:

**CMRRR # 7010 2780 0003 1094 9487**
Deborah Jordan, Director
Air Division (AIR-1)
U.S. Environmental Protection Agency, Region 9
75 Hawthorne Street
San Francisco, CA   94105

**CMRRR # 7010 2780 0003 1094 9470**
Scott Downey, Director
Office of Air Quality
U.S. Environmental Protection Agency, Region 10
1200 6th Avenue
Seattle, WA  98101

**CMRRR # 7010 2780 0003 1094 9463**
Director Air Enforcement Division
U.S. Environmental Protection Agency
c/o MATRIX Environmental & Geotechnical Services
Matrix New World Engineering, Inc.
26 Columbia Turnpike Suite 200
Florham Park, NJ 07932

Electronic copy to:

csullivan@matrixneworld.com
shari.keller@shell.com
pierre.espejo@shell.com
julie.domike@haynesboone.com